In the Matter of RICKEY CLARK, Appellant, v PHILIP HEATH, Respondent.

Submitted November 12, 2013; decided December 17, 2013

Motion for reargument of motion for leave to appeal denied [*see* 22 NY3d 910 (2013)].

In the Matter of ZEENA JENKINS-MOORE, Respondent, v JAMES SMITH, Appellant.

Submitted November 18, 2013; decided December 17, 2013

Motion for reargument of motion for leave to appeal denied [*see* 22 NY3d 852 (2013)].

NELLA MANKO, Appellant, v AETNA HEALTH, INC., et al., Respondents.

Submitted November 12, 2013; decided December 17, 2013

Motion, insofar as it seeks leave to appeal from the portion of the April 2013 Appellate Division order affirming so much of Supreme Court's order as granted the motions to dismiss the complaint, denied; motion for leave to appeal otherwise dismissed upon the ground that the remainder of the April 2013 Appellate Division order and the September 2013 Appellate Division order do not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

Judge ABDUS-SALAAM taking no part.

In the Matter of SUARNA MEHULIC, Appellant, v STATE BOARD FOR PROFESSIONAL MEDICAL CONDUCT, Respondent.

Submitted November 12, 2013; decided December 17, 2013

Motion for reconsideration of this Court's October 15, 2013 dismissal order denied [*see* 22 NY3d 911 (2013)].